Sarah Ruth McFadden SCOTT, Appellant, v. UNITED STATES of America, Appellee.

No. 11208.

Circuit Court of Appeals, Ninth Circuit.

Dec. 12, 1945.

Henry Clay Agnew, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Good cause therefor appearing, ordered that motion of appellant to dismiss her appeal be, and hereby is granted, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

■

UNITED STATES of America, Appellant, v. David G. LORRAINE, et al., Appellees.

No. 11192.

Circuit Court of Appeals, Ninth Circuit.

Nov. 28, 1945.

Charles H. Carr, U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, both of Los Angeles, Cal., for appellant.

Oliver O. Clark, Robert A. Smith, and Earl C. Demoss, all of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeals herein of the United States of America dismissed, that a decree of dismissal be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

■

WESTERN AERONAUTICAL SUPPLY MANUFACTURING CO., Inc., Appellant, v. UNITED STATES of America, Appellee.

No. 11135.

Circuit Court of Appeals, Ninth Circuit.

Dec. 7, 1945.

A Maxson Smith, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., James E. Harrington, Sp. Asst. to Atty. Gen., and Alden F. Houck, Sp. Atty., Department of Justice, of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered that the judgment of the District Court in this cause be affirmed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.